UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shakopee Mdewakanton Sioux (Dakota) Community, Grand Portage Band of Chippewa Indians, and Lower Sioux Indian Community, federally recognized Indian Tribes,

Plaintiffs,

v.

Mike Hatch, Minnesota Attorney General, David F. Fisher, Commissioner of the Minnesota Dept. of Administration, and Charles R. Weaver, Jr., Commissioner of the Minnesota Dept. of Public Safety,

Defendants.

TEMPORARY RESTRAINING ORDER

Civil No. 01-1737(ADM/AJB)

---

This matter was heard by telephone conference before the Honorable Ann D. Montgomery, Judge of United States District Court for the District of Minnesota, on September 21, 2001, on the Plaintiffs' Motion for a Temporary Restraining Order.

Attorney Steven F. Olson appeared on behalf of Plaintiffs Shakopee Mdewakanton Sioux (Dakota) Community and the Grand Portage Band of Chippewa Indians, attorney Jim Schoessler appeared on behalf of Plaintiff Lower Sioux Indian Community, and Assistant Attorney General John Garry appeared on behalf of the Defendants, Mike Hatch, Minnesota Attorney General, David F. Fisher, Commissioner of the Minnesota Department of Administration, and Charles R. Weaver, Jr., Commissioner of the Minnesota Department of Public Safety.

IT IS HEREBY ORDERED that based upon the parties' agreement:

1. Pending further order of this Court, Defendant Charles R. Weaver, Jr., in his official

SEP 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

capacity as Commissioner of the Minnesota Department of Public Safety, and the Department of Public Safety as a whole, are hereby restrained from disclosing to the public, or requiring disclosure, of copies of Plaintiffs' tribal gaming operation audits submitted by Plaintiffs to the Department of Public Safety and Defendants are hereby restrained from ordering the release or requiring disclosure of copies of Plaintiffs' tribal gaming operation audits submitted by Plaintiffs to the Department of Public Safety.

2. Plaintiffs are not required to post a bond in connection with this Temporary Restraining Order.

3. A telephone status conference will be held on Friday, September 28, 2001, at 11:00 a.m. to consider the status of further proceedings, including scheduling a hearing date for Plaintiffs' request for a preliminary injunction.

Dated: September 21, 2001

JUDGE ANN D. MONTGOMERY
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500