UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shakopee Mdewakanton Sioux (Dakota) Community, Grand Portage Band of Chippewa Indians, and Lower Sioux Indian Community, federally recognized Indian Tribes,

Plaintiffs,

vs.

Mike Hatch, Minnesota Attorney General, David F. Fisher, Commissioner of the Minnesota Department of Administration, and Charles R. Weaver, Jr., Commissioner of the Minnesota Department of Public Safety,

Defendants.

Civil File No. 01-1737 (ADM/AJB)

**STIPULATION AND ORDER FOR DISCOVERY**

Pursuant to Fed. R. Civ. P. 26(d), the parties in the above-entitled matter, through their respective undersigned counsel, hereby stipulate and agree that the parties may serve written discovery requests on one another from the date of the Court's Order approving this Stipulation.

Dated: October 9, 2001

Bluedog, Olson & Small, P.L.L.P.

Steven F. Olson
Steven F. Olson
Atty. Reg. No. 230856
Greg S. Paulson
Atty. Reg. No. 0250478
Suite 500, Southgate Office Plaza
5001 West 80th Street
Bloomington, MN 55437
(952) 893-1813

ATTORNEYS FOR PLAINTIFFS SHAKOPEE MDEWAKANTON SIOUX (DAKOTA) COMMUNITY, GRAND PORTAGE BAND OF CHIPPEWA INDIANS

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: October 11, 2001

Jacobson, Buffalo, Schoessler & Magnuson, Ltd.

James M. Schoessler
Atty. Reg. No. 0097433
246 Iris Park Place
1885 University Avenue West
St. Paul, MN 55104
(651) 644-4710

ATTORNEYS FOR PLAINTIFF LOWER SIOUX INDIAN COMMUNITY

Dated: October 5, 2001

MIKE HATCH
Attorney General
State of Minnesota

JOHN S. GARRY
Assistant Attorney General
Atty. Reg. No. 208899

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 282-5719 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANTS

**IT IS SO ORDERED.**

Dated: October 12, 2001

JUDGE ANN D. MONTGOMERY
United States District Court