UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shakopee Mdewakanton Sioux (Dakota) Community, Grand Portage Band of Chippewa Indians, and Lower Sioux Indian Community, federally recognized Indian Tribes,

Plaintiffs,

vs.

Mike Hatch, Minnesota Attorney General, David F. Fisher, Commissioner of the Minnesota Department of Administration, and Charles R. Weaver, Jr., Commissioner of the Minnesota Department of Public Safety,

Defendants.

Civil File No. 01-1737 (ADM/AJB)

**STIPULATION AND ORDER FOR SERVICE OF ANSWER**

The parties in the above-entitled matter, through their respective undersigned counsel, hereby stipulate and agree that Defendants may serve their Answer to Plaintiffs' Amended Complaint by October 22, 2001.

Dated: Oct 19, 2001

Bluedog, Olson & Small, P.L.L.P.

Steven F. Olson by GmS

Steven F. Olson
Atty. Reg. No. 230856
Greg S. Paulson
Atty. Reg. No. 0250478
Suite 500, Southgate Office Plaza
5001 West 80th Street
Bloomington, MN 55437
(952) 893-1813

ATTORNEYS FOR PLAINTIFFS
SHAKOPEE MDEWAKANTON SIOUX (DAKOTA) COMMUNITY, GRAND PORTAGE BAND OF CHIPPEWA INDIANS

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: Oct 19, 2001

Jacobson, Buffalo, Schoessler & Magnuson, Ltd.

James M. Schoessler
Atty. Reg. No. 0097433
246 Iris Park Place
1885 University Avenue West
St. Paul, MN 55104
(651) 644-4710

ATTORNEYS FOR PLAINTIFF LOWER SIOUX INDIAN COMMUNITY

Dated: October 18, 2001

MIKE HATCH
Attorney General
State of Minnesota

JOHN S. GARRY
Assistant Attorney General
Atty. Reg. No. 208899

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 282-5719 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANTS

**IT IS SO ORDERED.**

Dated: October 29, 2001

JUDGE ANN D. MONTGOMERY
United States District Court