UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHAKOPEE MDEWAKANTON ET AL., Civil No. 01-1737 ADM/AJB

Plaintiffs,

v. NOTICE OF SCHEDULING CONFERENCE

HATCH, ET AL.,

Defendants.

---

You are hereby given notice that a scheduling conference in the above-captioned matter will be held on November 14, 2001, at 2:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: November 6, 2001

Arthur J. Boylan
United States Magistrate Judge

Filed NOV 06 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________