UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| SHAKOPEE MDEWAKANTON, ET AL., | Civil No. 01-1737 ADM/AJB |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| HATCH, ET AL., | |
| Defendants. | |

The above matter came before the Court for a Scheduling Conference. The Court having considered the views of each of the attorneys, hereby enters the following order:

1. The deadline for completing Discovery shall be January 1, 2002.

2. Discovery shall be limited as follows:

    25 Interrogatories for each party

    1 Factual Deposition

The deadline for service and <u>filing</u> motions for summary judgment shall be February 1, 2002.

The deadline for serving and <u>filing</u> responses to said summary judgment motion shall be February 22, 2002.

The hearing on any motions for summary judgement shall be at 9:00 a.m. before the Honorable Ann D. Montgomery on March 7, 2002.

Dated: 11/14/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed **NOV 15 2001**
Richard Sletten, Clerk
Judgment Entered _____
Deputy Clerk's Initials _____