**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

----------------------------------

Civil File No. 01-1737 (ADM/AJB)

Shakopee Mdewakanton Sioux (Dakota) Community, Grand Portage Band of Chippewa Indians, and Lower Sioux Indian Community, federally recognized Indian Tribes,

Plaintiffs,

vs.

**SCHEDULING ORDER**

Mike Hatch, Minnesota Attorney General, David F. Fisher, Commissioner of the Minnesota Department of Administration, and Charles R. Weaver, Jr. Commissioner of the Minnesota Department of Public Safety,

Defendants.

----------------------------------

This matter was heard by telephonic conference before the Honorable Arthur J. Boylan, Magistrate Judge for the United States District Court for the District of Minnesota, on January 24, 2002, at 1:15 p.m., at the Plaintiffs' request. Steven F. Olson appeared on behalf of Plaintiffs Shakopee Mdewakanton Sioux (Dakota) Community and Grand Portage Band of Chippewa Indians. John S. Garry appeared on behalf of the Defendants, Mike Hatch, Minnesota Attorney General, David F. Fisher, Commissioner of the Minnesota Department of Administration, and Charles R. Weaver, Jr. Commissioner of the Minnesota Department of Public Safety. The Plaintiffs informed the Court of their intent to bring a motion to remove John S. Garry as legal counsel for Defendant Weaver, and requested hearing and briefing dates be set by the Court.

JAN 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**IT IS HEREBY ORDERED** that the Plaintiffs' Notice of Motion, Motion, and all supporting papers shall filed and served no later than 4:30 p.m., January 28, 2002, that the Defendants' Memorandum of Law in Opposition and all supporting papers shall be filed and served no later than 4:30 p.m., February 6, 2002, and that oral argument shall be heard by the Court promptly at 9:00 a.m., February 8, 2002.

Dated: January 24, 2002

Magistrate Judge Arthur J. Boylan