# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shakopee Mdewakanton Sioux (Dakota) Community and Grand Portage Band of Chippewa Indians, federally recognized Indian Tribes

Case No. Civil 01-1737 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Mike Hatch, MN Attorney General, David F..Fisher, Commissioner of MN Department of Administration and Charles R. Weaver, Jr., Commissioner of the MN Department of Public Safety

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. the Tribes' motion for summary judgment is DENIED;
2. the State's motion for summary judgment is GRANTED.
3. the Tribes' Appeal of the Order of 2/21/02 is DENIED as moot;
4. the entry of judgment will be stayed to allow the Tribes an opportunity to file an action in state court prior to public disclosure of the audit reports,

DATE: July 1, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk

49